/IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:26-cr-00003 |
| MARTIN EDUARDO NAVARRO-RAMIREZ | |

## INDICTMENT

The Grand Jury Charges:

Count One
Assaulting a Federal Officer Involving Physical Contact
(Violation of 18 U.S.C. § 111(a)(1))

On or about December 24, 2025, in the Abilene Division of the Northern District of Texas, and elsewhere, **Martin Eduardo Navarro-Ramirez**, defendant, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, to wit: N.P., a Deportation Officer with the Department of Homeland Security, an agency in the executive branch of the United States government, while N.P. was engaged in, and on account of, the performance of his official duties, and such acts involved physical contact with N.P.

In violation of Title 18, United States Code, Section 111(a)(1).

**Martin Eduardo Navarro-Ramirez**
**Indictment - Page 1**

<u>Count Two</u>
Assaulting a Federal Officer Involving Physical Contact
(Violation of 18 U.S.C. § 111(a)(1))

On or about December 24, 2025, in the Abilene Division of the Northern District of Texas, and elsewhere, **Martin Eduardo Navarro-Ramirez**, defendant, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, to wit: L.C., a Deportation Officer with the Department of Homeland Security, an agency in the executive branch of the United States government, while L.C. was engaged in, and on account of, the performance of her official duties, and such acts involved physical contact with L.C.

In violation of Title 18, United States Code, Section 111(a)(1).

<u>Count Three</u>
Escape from Custody
(Violation of 18 U.S.C. § 751(a))

On or about December 24, 2025, in the Abilene Division of the Northern District of Texas, and elsewhere, **Martin Eduardo Navarro-Ramirez**, defendant, did knowingly escape and attempt to escape from the custody of an officer and employee of the United States pursuant to a lawful arrest, at and near 3525 FM 2404 in Abilene, Texas, while in custody for exclusion and expulsion proceedings under the immigration laws, defendant knowing that he did not have permission to leave federal custody.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
JENNIFER P. SCHRAUTH
Assistant United States Attorney
Iowa State Bar No. AT0015322
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  806-472-7351
Facsimile:  806-472-7394
E-mail:    jen.schrauth@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

MARTIN EDUARDO NAVARRO-RAMIREZ

INDICTMENT

| | |
|---|---|
| COUNTS 1-2: | ASSAULTING A FEDERAL OFFICER INVOLVING PHYSICAL CONTACT<br>(Violation of 18 U.S.C. § 111(a)(1)) |
| COUNT 3: | ESCAPE FROM CUSTODY<br>(Violation of 18 U.S.C. § 751(a)) |

(3 COUNTS)

A true bill rendered:

Lubbock _____ *[signature]* _____ Foreperson

Filed in open court this __14th__ day of __January__, 2026.
                                                                                                Clerk

ARREST WARRANT TO ISSUE.

_____
*[signature]*
UNITED STATES MAGISTRATE JUDGE